UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SALU, INC., a Delaware corporation,

        Plaintiff,

   v.

BRENDA PITTS, an individual; and WILLIAM HOGSETT, an individual,

        Defendants.
_____/

NO. CIV. S-05-2329 LKK/PAN

O R D E R

By order filed November 18, 2005, a Status Conference was set in the above-captioned on January 23, 2006.  Plaintiff was ordered to effect service of the complaint on defendants within forty-five days and to file a status report not later than ten days preceding the status conference.  Plaintiff has done neither.[1]

---

[1] The court notes that plaintiff filed an amended complaint on December 15, 2005.  That filing in no way relieved counsel of the obligation to comply with the November 18 order and the docket reveals no proof of service of the amended complaint on defendants.

1

1        Accordingly, the court hereby ORDERS that:

2        1.  Counsel for plaintiff is ordered to SHOW CAUSE in writing within ten (10) days from the effective date of this order why sanctions in the amount of one hundred fifty dollars ($150.00) should not be imposed for failure to effect service of process and failure to timely file a status report.

7        2.  The Status Conference is CONTINUED to March 27, 2006 at 3:00 p.m.;

9        3.  Plaintiff is ordered to effect service of process on defendants within twenty (20) days;

11       4.  Plaintiff is directed to give notice of the continued status conference to defendants with service of process; and

13       5.  The parties are reminded of their obligation to file and serve status reports not later than ten (10) days preceding the conference.

16       IT IS SO ORDERED.

17       DATED: January 19, 2006.

                                /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT

2