UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SALU, INC., a Delaware corporation,

        Plaintiff,

   v.

BRENDA PITTS, an individual; and WILLIAM HOGSETT, an individual,

        Defendants.
_____/

NO. CIV. S-05-2329 LKK/PAN

O R D E R

On January 20, 2006, the court ordered counsel for plaintiff to show cause why sanctions should not be imposed for failure to timely file a status report and effect service of process. The court is in receipt of counsel's response to the order to show cause. No good cause being shown, counsel for plaintiff is sanctioned in the amount of one hundred and fifty ($150.00) dollars. This sum shall be paid to the Clerk of the Court no later than thirty (30) days from the effective date of this order.

1

1  Counsel shall file an affidavit accompanying the payment of this
2  sanction which states that it is paid personally by counsel, out
3  of personal funds, and is not and will not be billed, directly or
4  indirectly, to the client or in any way made the responsibility of
5  the client as attorneys' fees or costs.
6      IT IS SO ORDERED.
7      DATED:  January 31, 2006.

                                /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT